**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DURANT METAL SHREDDING, LLC, an Oklahoma limited liability company, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation, and MARKEL INSURANCE COMPANY, an Illinois corporation, )<br>)<br>Defendants. ) | Case No.: CIV-12-377-SPS |

**JOINT STIPULATION FOR
VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

COME NOW the parties to this action, by and through their respective undersigned counsel, and announce to this Court that the claims brought among the different parties herein have been settled. Pursuant to Fed. R. Civ. P. 41(a) and 41(c), and in accordance with the terms of their settlement agreement, the parties hereby submit this Stipulation to dismiss with prejudice all claims commenced within this action, including without limitation any and all counterclaims, crossclaims, and third-party claims. Per their agreement, the parties shall bear their own costs and attorneys' fees accrued for this action.

Respectfully submitted,

  /s/ Tyler J. Coble
CHEEK LAW FIRM, P.L.L.C.
Tim N. Cheek, OBA #11257
tcheek@cheeklaw.com
D. Todd Riddles, OBA #15143
triddles@cheeklaw.com

1

Gregory D. Winningham, OBA #22773
gwinningham@cheeklaw.com
Tyler J. Coble, OBA #30526
tcoble@cheeklaw.com
311 North Harvey Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 272-0621
Facsimile: (405) 232-1707
**ATTORNEYS FOR DEFENDANTS**


    /s/ Ron Wright
    /s/ Tyler J. Coble
(*Signed and filed with consent of counsel*)
WRIGHT, STOUT & WILBURN, P.L.L.C
Ron Wright, OBA #9912
ron@wswlaw.com
James S. Wallingford, OBA #30279
jim@wswlaw.com
300 West Broadway, Suite A
P.O. Box 707
Muskogee, Oklahoma 74402
(918) 682-0091 telephone
(918) 683-6340 facsimile
    -and-
STEIDLEY & NEAL, P.L.L.C.
Charles D. Neal, Jr., OBA #6591
cdn@steidley-neal.com
Rachel D. Parrilli, OBA #18762
rdp@steidley-neal.com
Stacie L. Hixon, OBA #19477
slh@steidley-neal.com
CityPlex Towers, Suite 5300
2448 East 81st Street
Tulsa, Oklahoma 74137
(918) 664-4612 telephone
(918) 664-4133 facsimile
**ATTORNEYS FOR PLAINTIFF**